**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re:   NELSON A GONZALES<br>         VIRGEN D GONZALES<br><br>         Debtor(s) | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 06-01861 |

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/28/2006.

2) This case was confirmed on 04/26/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/30/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/04/2008.

5) The case was completed on 07/27/2009.

6) Number of months from filing to the last payment:  41

7) Number of months case was pending:  46

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    39,940.00

10) Amount of unsecured claims discharged without payment $   33,624.93

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 16,109.00 |
| Less amount refunded to debtor | $ | 772.09 |
| **NET RECEIPTS** | $ | 15,336.91 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,789.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 963.26 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,752.26 |
| Attorney fees paid and disclosed by debtor | $ | 211.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINAN | SECURED | 8,000.00 | 12,116.28 | .00 | .00 | .00 |
| AMERICAN HONDA FINAN | UNSECURED | 4,761.00 | 7,120.34 | 7,120.34 | 995.64 | .00 |
| AMERICAN HONDA FINAN | OTHER | .00 | NA | NA | .00 | .00 |
| GMAC | SECURED | 3,400.00 | 3,025.75 | 3,025.75 | 3,025.75 | 496.18 |
| GMAC | OTHER | .00 | NA | NA | .00 | .00 |
| HOMEQ SERVICING CORP | SECURED | 290,000.00 | 288,697.20 | .00 | .00 | .00 |
| HOME EQUITY SERVICE | OTHER | .00 | NA | NA | .00 | .00 |
| HOMEQ SERVICING CORP | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONWIDE ACCEPTANC | SECURED | 2,500.00 | 2,434.01 | 2,434.01 | 2,434.01 | 295.20 |
| NATIONWIDE ACCEPTANC | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| VW CREDIT | SECURED | 2,688.00 | 11,921.60 | .00 | .00 | .00 |
| VW CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMERIQUEST MORTGAGE | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMEX | UNSECURED | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 53.00 | 42.40 | 42.40 | 5.93 | .00 |
| BANK ONE | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST CHICAGO BANK O | UNSECURED | .00 | NA | NA | .00 | .00 |
| BANK ONE | UNSECURED | .00 | NA | NA | .00 | .00 |
| BANK ONE | UNSECURED | .00 | NA | NA | .00 | .00 |
| BANK ONE | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BANK ONE | UNSECURED | .00 | NA | NA | .00 | .00 |
| BANK UNITED | UNSECURED | .00 | NA | NA | .00 | .00 |
| BARNES USED CARS | UNSECURED | .00 | NA | NA | .00 | .00 |
| BONLAR LOAN CO | UNSECURED | .00 | NA | NA | .00 | .00 |
| BP/CITI | UNSECURED | 357.00 | NA | NA | .00 | .00 |
| CAPITAL FIRST BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL FIRST BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | .00 | NA | NA | .00 | .00 |
| GE MONEY BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIBANK/SEARS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CBUSA SEARS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITGO/CITI | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIBANK/SEARS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CONSECO FINANCE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CONSECO FINANCE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CONNECTICUT CHILD SU | UNSECURED | .00 | NA | NA | .00 | .00 |
| DELAWARE PLACE MTG S | UNSECURED | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,132.00 | 3,132.21 | 3,132.21 | 437.98 | .00 |
| LVNV FUNDING | UNSECURED | 8,088.00 | 8,462.50 | 8,462.50 | 1,186.10 | .00 |
| FIRST HORIZON HOME L | UNSECURED | .00 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | .00 | 772.29 | 772.29 | 108.12 | .00 |
| FORD MOTOR CREDIT | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB EMPIRE | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/JC PENNEY | UNSECURED | .00 | NA | NA | .00 | .00 |
| GE MONEY BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | 656.00 | 703.96 | 703.96 | 98.43 | .00 |
| HSBC/K MART | UNSECURED | .00 | NA | NA | .00 | .00 |
| MENARDS | UNSECURED | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,524.00 | 2,523.99 | 2,523.99 | 352.93 | .00 |
| HSBC/VELOCITY | UNSECURED | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 8,683.00 | 8,683.81 | 8,683.81 | 1,217.12 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 5,963.00 | 5,963.91 | 5,963.91 | 833.93 | .00 |
| MONOGRAM BANK N AMER | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONWIDE ACCEPTANC | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONWIDE ACCEPTANC | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONWIDE ACCEPTANC | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONWIDE ACCEPTANC | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONWIDE ACCEPTANC | UNSECURED | .00 | NA | NA | .00 | .00 |
| NBGL CARSONS | UNSECURED | .00 | NA | NA | .00 | .00 |
| ORCHARD BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 357.00 | 696.03 | 696.03 | 97.33 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
| **Scheduled Creditors:**                                                     |
|                                                                              |
| Creditor                Claim         Claim        Claim      Principal   Int. |
|   Name        Class    Scheduled     Asserted     Allowed       Paid      Paid |
|                                                                              |
| PRIMUS FINANCIAL SER  UNSECURED        .00          NA          NA         .00       .00 |
| RNB TARGET            UNSECURED        .00          NA          NA         .00       .00 |
| SHELL/CITI            UNSECURED        .00          NA          NA         .00       .00 |
| SOUTH CENTAL BANK &   UNSECURED        .00          NA          NA         .00       .00 |
| TARGET                UNSECURED        .00          NA          NA         .00       .00 |
| VICTORIAS SECRET      UNSECURED        .00          NA          NA         .00       .00 |
| WASHINGTON MUTUAL     UNSECURED        .00          NA          NA         .00       .00 |
| WASHINGTON MUTUAL HO  UNSECURED        .00          NA          NA         .00       .00 |
| WFNNB                 UNSECURED        .00          NA          NA         .00       .00 |
| GMAC                  UNSECURED        NA           .00         .00        .00       .00 |
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 5,459.76 | 5,459.76 | 791.38 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 5,459.76 | 5,459.76 | 791.38 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 38,101.44 | 5,333.51 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,752.26 |
| Disbursements to Creditors | $ | 11,584.65 |
| **TOTAL DISBURSEMENTS:** | $ | 15,336.91 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   12/30/2009              /s/ Tom Vaughn
                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**